OPINION — AG — (1) A COUNTY OPERATING A COUNTY DEPARTMENT OF HEALTH WITH FUNDS DERIVED FROM A TAX LEVY MADE UNDER ARTICLE X, SECTION 9(A) AND 62 O.S. 1961 39.1 [62-39.1] AND 62 O.S. 1961 39.4 [62-39.4] CAN LAWFULLY " AS A FUNCTION OF THE COUNTY DEPARTMENT OF HEALTH, EMPLOY PERSONNEL AND PAY NECESSARY EXPENSES TO COMBAT MENTAL ILLNESS " (2) SUCH FUNDS CANNOT LAWFULLY BE USED TO CONDUCT A CHILD GUIDANCE PROGRAM ESTABLISHED UNDER THE PROVISIONS OF 63 O.S. 1961 38.1 [63-38.1], 63 O.S. 1961 38.2 [63-38.2], 63 O.S. 1961 38.3 [63-38.3], 63 O.S. 1961 38.4 [63-38.4]. CITE: 63 O.S. 1961 510 [63-510], OPINION NO. JANUARY 8, 1959 — HAYNES, 63 O.S. 1961 39.2 [63-39.2], 62 O.S. 1961 39.1 [62-39.1] (J. H. JOHNSON)